IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

GLOBE METALLURGICAL INC.,    :
                            :
    Plaintiff,    :
                            :    CASE NO. 05-0585
    vs.    :
                            :    HON. GARY L. LANCASTER
WESTBROOK RESOURCES LTD.,    :
                            :
    Defendant.    :    JURY TRIAL DEMANDED
                            :

## ORDER OF COURT

AND NOW, this 22ⁿᵈ day of February, 2006, upon Globe Metallurgical Inc.'s

and Westbrook Resources Ltd's Joint Motion for the Admission of Exhibits to the January 13,

2006 Evidentiary Hearing, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that

Exhibits 1 through 34 (excluding Exhibits 19, 22, 23, and 24), Walton Affidavit Exhibit A-10,

Walton Affidavit Exhibit A-12, Walton Affidavit Exhibit A-13, Sharp Affidavit Exhibit B-8,

Sharp Affidavit Exhibit B-9, Sharp Affidavit Exhibit B-10, and Exhibit A will be and are hereby

admitted into evidence.

BY THE COURT,

_____
United States District Judge